# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Issac Jimenez-Rojas           CHAPTER 7
       Maritza Ramirez

                                         BKY. NO. 19-17431 AMC

                   Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Wells Fargo Bank, National Association, not in its individual or banking capacity, but solely as trustee on behalf of the First Union CRA Mortgage Loan Trust 1997-1, Mortgage Pass Through Certificates, Series 1997-1 and index same on the master mailing list.

                                              Respectfully submitted,
                                              **/s/ Rebecca A. Solarz Esquire**
                                              Rebecca A Solarz, Esquire
                                              Kevin G. McDonald, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 627-1322