**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
: 
In Re Issac Jimenez-Rojas, et.al.    :    **Chapter 7 Case No. 19-17431-AMC**
:
Debtors    :
_____:
:
Wells Fargo Bank, NA    :
:    Motion for Relief from Automatic Stay
Movant    :
:
v.    :
:
Issac Jimenez-Rojas, et.al.    :
:
Respondents/Debtors    :
_____:

**RESPONDENTS/DEBTORS ISSAC JIMENEZ-ROJAS' AND MARITZA RAMIREZ' RESPONSE TO MOVANT WELLS FARGO NA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

By and through their undersigned counsel, Debtors/Respondents respond to Movant Wells Fargo NA's Motion for Relief as follows:

1. Denied. Respondents can neither confirm or deny this averment; therefore, strict proof of the party that has legal standing to make this alleged claim is demanded to be provided at the time of hearing or prior to the hearing. By way of further answer, the caption on the Notice of Motion filed by Movant does not match the caption on the Motion for Relief filed by Movant. Therefore, through its own filing, Movant has created confusion and questions regarding whom the party with legal standing regarding Respondents' mortgage is.

2. Admitted in part, denied in part. Debtor Issac Jimenez-Rojas is a 50% owner of the real estate with his mother, whom is not a party to this divorce proceeding, owning the other 50%. Debtor Maritza Ramirez does not have an ownership interest in the property.

3. Denied. Respondents incorporation their response to Averment #1 above as if fully set forth herein.

4. Denied. Respondents incorporation their response to Averment #1 above as if fully set forth herein. By way of further answer, this averment contains conclusions of law to which no answer is required.

5. Admitted.

6. Admitted in part, denied in part. It is admitted that the filing of a bankruptcy petition will by law stay any mortgage foreclosure proceedings. It is denied that any mortgage foreclosure proceeding was filed or pending against Respondents and the real estate at issue. Strict proof of any factual allegations in this averment are demanded prior to or at the time of hearing.

7. Denied. Strict proof of this averment is demanded at the time of hearing in on this motion.

8. Denied. Strict proof of this averment is demanded at the time of hearing in on this motion.

9. Admitted.

10. Admitted.

11. This averment is a conclusion of law to which no answer is required. However, if determined that an answer is required, it is Denied.

12. This averment is a conclusion of law to which no answer is required. However, if determined that an answer is required, it is Denied.

**WHEREFORE,** Respondents/Debtors asks this Honorable Court to deny Movant's Motion for Relief from the Automatic Stay.

        Respectfully submitted,

        **BELLO, REILLEY, MCGRORY & DIPIPPO, P.C.**

        /s/ Paul S. Peters III, Esquire
        Paul S. Peters III, Esquire
        Attorney for Respondents/Debtors

Dated: January 2, 2020