**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re Issac Jimenez-Rojas, et.al. | **Chapter 7 Case No. 19-17431-AMC** |
| Debtors | |
| Wells Fargo Bank, NA | Motion for Relief from Automatic Stay |
| Movant | |
| v. | |
| Issac Jimenez-Rojas, et.al. | |
| Respondents/Debtors | |

**CERTIFICATE OF SERVICE**

I, Paul S. Peters III, Esquire, counsel for Respondents/Debtors, certify that a true and correct copy of Respondents/Debtors' response to Movant's Motion for Relief from the automatic stay was served via electronic filing upon Movant's Attorney, Rebecca A. Solarz, Esquire at bkgroup@kmllawgroup.com upon trustee Gary F. Seitz, Esquire via electronic filing.

Respectfully submitted,

**BELLO, REILLEY, MCGRORY & DIPIPPO, P.C.**

/s/ Paul S. Peters III, Esquire
Paul S. Peters III, Esquire
Attorney for Respondent/Debtor

Dated: January 2, 2020