Certificate Number: 17082-PAE-DE-033971221

Bankruptcy Case Number: 19-17431



17082-PAE-DE-033971221

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 19, 2020, at 12:00 o'clock PM MST, ISAAC JIMENEZ ROJAS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 19, 2020              By:    /s/Orsolya K Lazar

                                      Name:  Orsolya K Lazar

                                      Title: Executive Director