# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re Issac Jimenez-Rojas, et.al. | **Chapter 7 Case No. 19-17431-AMC** |
| Debtors | |
| Wells Fargo Bank, NA | Motion for Relief from Automatic Stay |
| Movant | |
| v. | |
| Issac Jimenez-Rojas, et.al. | |
| Respondents/Debtors | |

## PRAECIPE TO WITHDRAW RESPONSE

**To the Clerk of Court for the Eastern District of PA Bankruptcy Court:**

Kindly withdraw Debtors/Respondents response to Movants Motion for Relief from the Automatic Stay.

Respectfully submitted,

**BELLO, REILLEY, MCGRORY & DIPIPPO, P.C.**

/s/ Paul S. Peters III, Esquire
Paul S. Peters III, Esquire
Attorney for Respondent/Debtor

Dated: January 24, 2020