## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Issac Jimenez-Rojas<br>         Maritza Ramirez<br><br>                         Debtor(s) | CHAPTER 7 |
| Specialized Loan Servicing LLC as servicer for Wells<br>Fargo Bank, National Association, not in its individual<br>or banking capacity, but solely as trustee on behalf of the<br>First Union CRA Mortgage Loan Trust 1997-1,<br>Mortgage Pass Through Certificates, Series 1997-1<br>                         Movant<br>         vs.<br><br>Issac Jimenez-Rojas<br>Maritza Ramirez<br><br>                         Debtor(s)<br><br>Gary F. Seitz Esq.<br>                         Trustee | NO. 19-17431 AMC<br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this          day of                    , 2019 at Philadelphia, upon failure of Debtor(s) and the

Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and

the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and

Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the

subject premises located at 113 East Wyoming Avenue, Philadelphia, PA  19120 ("Property), so as to allow

Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject

Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to

Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited

to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property

at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession

of the Property.

**Date: January 27, 2020**

_____
United States Bankruptcy Judge.

Issac Jimenez-Rojas
113 East Wyoming Avenue
Philadelphia, PA  19120

Maritza Ramirez
113 East Wyoming Avenue
Philadelphia, PA  19120

PAUL S. PETERS III., ESQUIRE
144 East Dekalb Pike, Suite 300
King of Prussia, PA 19406

Gary F. Seitz Esq.
Gellert Scali Busenkell & Brown LLC
8 Penn Center
1628 John F. Kennedy Blvd, Suite 1901
Philadelphia, PA 19103

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532