```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                    Case No. 19-17431-amc
Issac Jimenez-Rojas                                       Chapter 7
Maritza Ramirez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: YvetteWD          Page 1 of 1         Date Rcvd: Jan 27, 2020
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2020.
db/jdb         +Issac Jimenez-Rojas,   Maritza Ramirez,   113 East Wyoming Avenue,
                 Philadelphia, PA 19120-4429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2020 at the address(es) listed below:
              GARY F. SEITZ    gseitz@gsbblaw.com,  gfs@trustesolutions.net;Jblackford@gsbblaw.com
              PAUL S. PETERS, III    on behalf of Joint Debtor Maritza  Ramirez ppeters@pmrbm.com
              PAUL S. PETERS, III    on behalf of Debtor Issac  Jimenez-Rojas ppeters@pmrbm.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Wells Fargo Bank, National Association, not in its
               individual or banking capacity, but solely as trustee Et Al... bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Issac Jimenez-Rojas<br>　　　　Maritza Ramirez<br>　　　　　　　　　　　　Debtor(s) | CHAPTER 7 |
| Specialized Loan Servicing LLC as servicer for Wells Fargo Bank, National Association, not in its individual or banking capacity, but solely as trustee on behalf of the First Union CRA Mortgage Loan Trust 1997-1, Mortgage Pass Through Certificates, Series 1997-1<br>　　　　　　　　　　　　Movant<br>　　vs. | NO. 19-17431 AMC<br><br>11 U.S.C. Section 362 |
| Issac Jimenez-Rojas<br>Maritza Ramirez<br>　　　　　　　　　　　　Debtor(s) | |
| Gary F. Seitz Esq.<br>　　　　　　　　　　　　Trustee | |

## ORDER

　　　　AND NOW, this　　　day of　　　　　　, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

　　　　ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 113 East Wyoming Avenue, Philadelphia, PA  19120 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: January 27, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Issac Jimenez-Rojas
113 East Wyoming Avenue
Philadelphia, PA  19120

Maritza Ramirez
113 East Wyoming Avenue
Philadelphia, PA  19120

PAUL S. PETERS III., ESQUIRE
144 East Dekalb Pike, Suite 300
King of Prussia, PA 19406

Gary F. Seitz Esq.
Gellert Scali Busenkell & Brown LLC
8 Penn Center
1628 John F. Kennedy Blvd, Suite 1901
Philadelphia, PA 19103

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532