*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                : Chapter 7

Issac Jimenez–Rojas and Maritza Ramirez              : Case No. 19–17431–amc
    Debtor(s)

### ORDER
_____

AND NOW, this day , 9th of March 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

26
Form 195