United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-17431-amc
Issac Jimenez-Rojas                                                 Chapter 7
Maritza Ramirez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: YvetteWD           Page 1 of 1            Date Rcvd: Mar 09, 2020
                               Form ID: 195             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2020.
db/jdb          +Issac Jimenez-Rojas,   Maritza Ramirez,   113 East Wyoming Avenue,
                 Philadelphia, PA 19120-4429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
         GARY F. SEITZ   gseitz@gsbblaw.com,   gfs@trustesolutions.net;Jblackford@gsbblaw.com
         PAUL S. PETERS, III   on behalf of Joint Debtor Maritza  Ramirez ppeters@pmrbm.com
         PAUL S. PETERS, III   on behalf of Debtor Issac  Jimenez-Rojas ppeters@pmrbm.com
         REBECCA ANN SOLARZ   on behalf of Creditor   Wells Fargo Bank, National Association, not in its
          individual or banking capacity, but solely as trustee Et Al... bkgroup@kmllawgroup.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                             TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                      : Chapter 7

Issac Jimenez–Rojas and Maritza Ramirez          : Case No. 19–17431–amc
              Debtor(s)

### *ORDER*

_____

    AND NOW, this day , 9th of March 2020 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                          By The Court

                          Ashely M. Chan
                          Judge , United States Bankruptcy Court


                                                              26
                                                              Form 195